```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-02074-MDF
James N. Jones                                                          Chapter 7
          Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1          User: admin                 Page 1 of 1          Date Rcvd: Aug 26, 2016
                              Form ID: 318                Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
```
db            +James N. Jones,    905 Ruby Lane,    Wrightsville, PA 17368-9779
4792403       +Citadel Federal Credit Union,    PO Box 47,    Thorndale, PA 19372-0047
4792404       +Ditech Financial LLC,    PO Box 6172,    Rapid City, SD 57709-6172
4792406       +Jim Jones,    21597 S. Dupont Highway,    Greenwood, DE 19950-2364
4792407       +Kathy Jones,    808 Birch Street,    New Providence, PA 17560-9691
4792409       +PayPal Credit,    Comenity Capital Bank,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
4792410       +Suha Keen,    905 Ruby Lane,    Wrightsville, PA 17368-9779
4792411       +United Collection Bureau, Inc,    5620 Southwyck Blvd, Ste 206,    Toledo, OH 43614-1501
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4792401        E-mail/Text: bankruptcy@bbandt.com Aug 26 2016 19:02:38      BB&T,    PO Box 819,
                Wilson, NC  27894-0819
4792402        EDI: CAPITALONE.COM Aug 26 2016 19:03:00      Capital One / Yamaha,    PO Box 30253,
                Salt Lake City, UT  84130-0253
4792405       +EDI: CITICORP.COM Aug 26 2016 19:03:00      Home Depot/Citibank,    PO Box 6497,
                Sioux Falls, SD  57117-6497
4792408        E-mail/Text: camanagement@mtb.com Aug 26 2016 19:02:39      M&T Bank,    PO Box 767,
                Buffalo, NY  14240-0767
4794685        EDI: RECOVERYCORP.COM Aug 26 2016 19:03:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
```
              Cynthia E Reed    on behalf of Debtor James N. Jones reed.cynthia@gmail.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James N. Jones** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx−xx−0948** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:16−bk−02074−MDF** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James N. Jones

**By the court:** *Mary D. France* (signature)

August 26, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2