United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
James N. Jones  
    Debtor

Case No. 16-02074-MDF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: CStefano     Page 1 of 1     Date Rcvd: Aug 29, 2016  
                    Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.  
db         +James N. Jones,    905 Ruby Lane,    Wrightsville, PA 17368-9779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:  
         Cynthia E Reed     on behalf of Debtor James N. Jones reed.cynthia@gmail.com  
         Joshua I Goldman     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Lawrence V. Young (Trustee)     lyoung@cgalaw.com,  
          pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com  
         Recovery Management Systems Corporation     claims@recoverycorp.com  
         United States Trustee     ustpregion03.ha.ecf@usdoj.gov  
                                                                                                     TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

James N. Jones  
905 Ruby Lane  
Wrightsville, PA 17368

Chapter 7  
Case No. 1:16−bk−02074−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−0948

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 26, 2016

BY THE COURT  
By the Court,

Honorable Mary D. France  
United States Bankruptcy Judge  
By: CStefano, Deputy Clerk